1  MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
   **JOHN D. FEENEY, ESQ. (SBN: 84373)**
2  **UNION PACIFIC RAILROAD COMPANY**
   **Law Department**
3  10031 Foothills Boulevard, Suite 200
   Roseville, CA  95747
4  General:      916-789-6400
   **Direct:      916-789-6231**
5  Fax:          916-789-6227

6  Attorneys for Defendant, Counter-Claimant
   and Counter-Defendant UNION PACIFIC
7  RAILROAD COMPANY

8                    IN THE UNITED STATES DISTRICT COURT

9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  DAVID CHAD GLOW,                          Case No.:  C 05-01933 MMC

13              Plaintiff,                    **DEFENDANT, UNION PACIFIC**
                                              **RAILROAD COMPANY'S**
14       vs.                                  **SUBSTITUTION OF ATTORNEYS** ;
                                              ORDER THEREON
15  UNION PACIFIC RAILROAD COMPANY;
    HOWARD REDMUND, and DOES 1 through
16  50, inclusive,

17
                Defendants.
18

19  _____

20  AND RELATED CROSS ACTIONS.

21

22       Defendant, Counter-complainant, Counter-Defendant UNION PACIFIC

23  RAILROAD COMPANY, hereby substitutes the following law firm:

24       Adrian L. Randolph
         Randolph, Cregger & Chalfant, LLP
25       1030 "G" Street
         Sacramento, CA  95814
26       916-443-4443 – phone
         916-443-2124 – fax
27       alr@randolphlaw.net

28

-1-
_____
UPRR's Substitution of Attorneys

1   In place and stead of John D. Feeney, Union Pacific Railroad Company, Law
2   Department, 10031 Foothills Boulevard, Suite 200, Roseville, California, 916-789-
3   6231-phone, 916-789-6238-fax.
4   Consent to substitute counsel is hereby authorized.

5   DATED: June 26, 2006          By:   /S/ Michael L. Whitcomb
6                                       _____
                                        UNION PACIFIC RAILROAD COMPANY
7                                       Defendant/Counter-claimant/Counter-
                                        defendant

8   I consent to this substitution.
9   DATED: June 26, 2006          UNION PACIFIC RAILROAD COMPANY

                                        /S/ John D. Feeney
11                                By:_____
                                        JOHN D. FEENEY
12                                      Attorneys for Defendant/Counter-
                                        claimant/Counter-defendant
13                                      UNION PACIFIC RAILROAD COMPANY

14  I accept this substitution.
15  DATED: June 26, 2006          RANDOLPH CREGGER & CHALFANT LLP

                                        /S/ Adrian L. Randoph
16                                By:_____
17                                      ADRIAN L. RANDOLPH
                                        Attorneys for Defendant/Counter-
18                                      claimant/Counter-defendant
                                        UNION PACIFIC RAILROAD COMPANY
19

20                                      **ORDER**

21      The foregoing Substitution of Attorneys is hereby approved.
22  DATED: June 30, 2006
                                        _____
23                                      JUDGE OF THE UNITED STATES DISTRICT
24                                      COURT – NORTHERN DISTRICT OF CALIFORNIA

:cav                                    -2-
G:\Lawadmin\Team #E\JDF\Glow, David\SUB-ATTY.doc
                            UPRR's Substitution of Attorneys