**GANONG & WYATT, LLP**
924 Truxtun Avenue
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414
Ralph Wm. Wyatt, SBN 63247

Attorneys for Plaintiff DAVID CHAD GLOW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER CLAIM. | Case No. C 05 01933 MMC<br><br>THIRD STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON |

COME NOW Plaintiff/Counter-Defendant DAVID CHAD GLOW, Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who, through their counsel, hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1.    Expert witness discovery shall commence no earlier than Monday, October 23, 2006 and conclude no later than 5:00 p.m. Friday, November 10, 2006.

At this time, the parties do not anticipate requesting any other changes to the Pretrial Preparation Order.  The parties further agree that counter-part facsimile renditions of

-1-

signatures are sufficient for entry of this stipulation into the court files.

IT IS SO STIPULATED.

Dated: September 27, 2006.   **GANONG & WYATT, LLP**

By: _/s/ Ralph Wm. Wyatt_____
    Philip W. Ganong/Ralph Wm. Wyatt
    Attorneys for Plaintiff/Counter-Defendant

Dated: September 27, 2006.   **RANDOLPH CREGGER & CHALFANT LLP**

By:_____
    Adrian L. Randolph
    Attorneys for Defendant/Counter-Defendant

Dated: September 27, 2006.   **LAW OFFICES OF JEAN SCHAEFER**

By:_____
    Jean Schaefer
    Attorney for Defendant/Counter-Claimant

### ORDER

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Expert witness discovery shall commence no earlier than Monday, October 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.

Dated: _____

_____
MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

1 signatures are sufficient for entry of this stipulation into the court files.

2  IT IS SO STIPULATED.

3 Dated: September 27, 2006.  GANONG & WYATT, LLP

4 By: _____
5  Philip W. Ganong/Ralph Wm. Wyatt
   Attorneys for Plaintiff/Counter-Defendant

6 Dated: September 27, 2006.  RANDOLPH CREGGER & CHALFANT LLP

7 By: _____
8  Adrian L. Randolph
   Attorneys for Defendant/Counter-Defendant

9 Dated: September 27, 2006.  LAW OFFICES OF JEAN SCHAEFER

11 By: _____
12  Jean Schaefer
   Attorney for Defendant/Counter-Claimant

13 **ORDER**

14 After considering the Stipulation by and between the parties, through their counsel
15 of record, IT IS HEREBY ORDERED THAT:

16  1.  Expert witness discovery shall commence no earlier than Monday, October
17 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.

18 Dated: _____

19
20  MAXINE M. CHESNEY
   U.S. DISTRICT JUDGE

1 | signatures are sufficient for entry of this stipulation into the court files.

2 |     IT IS SO STIPULATED.

3 | Dated:    September 27, 2006.    **GANONG & WYATT, LLP**

4 |

5 |     By: *[signature]*
    Philip W. Ganong/Ralph Wm. Wyatt
    Attorneys for Plaintiff/Counter-Defendant

6 | Dated:    September 27, 2006.    **RANDOLPH CREGGER & CHALFANT LLP**

7 |

8 |     By:_____
    Adrian L. Randolph
    Attorneys for Defendant/Counter-Defendant

9 |

10 | Dated:    September 27, 2006.    **LAW OFFICES OF JEAN SCHAEFER**

11 |

12 |     By: *[signature]*
    Jean Schaefer
    Attorney for Defendant/Counter-Claimant

13 | **ORDER**

14 |     After considering the Stipulation by and between the parties, through their counsel

15 | of record, IT IS HEREBY ORDERED THAT:

16 |     1.    Expert witness discovery shall commence no earlier than Monday, October

17 | 23, 2006 and conclude no later than 5:00 p.m. on Friday, November 10, 2006.

18 | Dated:    September 29, 2006

19 |

20 | *[signature]*
    MAXINE M. CHESNEY
    U.S. DISTRICT JUDGE