United States District Court

For the Northern District of California

1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    DAVID CHAD GLOW,                          No. C-05-1933 MMC

11              Plaintiff,                       **ORDER DIRECTING PLAINTIFF TO
                                                 LODGE CHAMBERS COPY IN
12         v.                                    COMPLIANCE WITH GENERAL
                                                 ORDER 45 AND THE COURT'S
13    UNION PACIFIC RAILROAD COMPANY             STANDING ORDERS**
      and HOWARD REDMOND, et al.,
14
                Defendant.
15
      _____/
16

17

18         On November 3, 2006, plaintiff David Glow electronically filed a response to

19    defendant's motions in limine.  Plaintiff has violated General Order 45 and the Court's

20    standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on

21    the business day following the day that the papers are filed electronically, one paper copy

22    of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly

23    marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" <u>See</u>

24    General Order 45 § VII.G; <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The

      Honorable Maxine M. Chesney ¶ 2.
25
           Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's
26
      standing orders by immediately submitting a chambers copy of the above-referenced
27
      document.  Plaintiff is hereby advised that if he fails in the future to comply with the Court's
28
      order to provide chambers copies of electronically-filed documents, the Court may impose

1   sanctions, including, but not limited to, striking from the record any electronically-filed

2   document of which a chambers copy has not been timely provided to the Court.

3       **IT IS SO ORDERED.**

4   Dated: November 8, 2006          MAXINE M. CHESNEY

5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28