Dated: January 8, 2007

RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive,<br><br>              Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM<br>_____/ | No. C 05 01933 MMC<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Thomas A. Cregger of the firm of Randolph Cregger & Chalfant LLP is the attorney for Defendant UNION PACIFIC RAILROAD COMPANY in place of Adrian L. Randolph.  All notices and pleadings should be addressed to Mr. Cregger.

Dated: January 8, 2007                RANDOLPH CREGGER & CHALFANT LLP

                                       By   /s/ Thomas A. Cregger
                                              THOMAS A. CREGGER
                                       Attorney for Said Defendant

**Randolph Cregger & Chalfant**

_____
DESIGNATION OF COUNSEL FOR SERVICE

1