```
RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM<br>_____/ | No. C 05 01933 MMC<br><br>**STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON** |

COME NOW Plaintiff/Counter-Defendant DAVID CHAD GLOW, Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1. Discovery will be re-opened regarding Plaintiff's medical condition and employability status post surgery, including but not limited to a second defense independent medical examination with Dr. Mills and Plaintiff's deposition.

2. Non-expert discovery will be re-opened, to be limited to deposing Plaintiff

1  regarding his status post surgery. Non-expert discovery will be completed on or before July 27,
2  2007.
3       3.   Expert discovery will be completed on or before July 27, 2007.
4       4.   Per the court's prior order, the Pretrial Conference will be held on August 14, 2007
5  at 3:00 p.m. The Trial Date will be held on August 27, 2007 at 9:00 a.m. The parties further agree
6  that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into
7  the court files.
8       IT IS SO STIPULATED.
9  DATED: July 2, 2007                    GANONG & WYATT

                                          By    /s/ PHILLIP W. GANONG
                                              Phillip W. Ganong
                                          Attorneys for Plaintiff/Counter-Defendant

13 DATED: July 2, 2007                    LAW OFFICES OF JEAN SCHAEFER

                                          By    /s/ JEAN SCHAEFER
                                              Jean Schaefer
                                          Attorney for Defendant/Counter-Claimant

   DATED: July 2, 2007                    RANDOLPH CREGGER & CHALFANT LLP

                                          By      /s/ THOMAS A. CREGGER
                                              Thomas A. Cregger
                                          Attorneys for Defendant/Counter-Defendant

## **ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

1.   Discovery will be re-opened regarding Plaintiff's medical condition and employability status post surgery, including but not limited to a second defense independent

**Randolph Cregger & Chalfant**

---
STIPULATION AND ORDER                              2

1  medical examination and Plaintiff's deposition.

2      2.    Non-expert discovery the for the limited purpose of deposing Plaintiff regarding his
3  status post surgery will be completed on or before July 27, 2007.

4      3.    Expert discovery will be completed on or before July 27, 2007.

5      4.    Per the court's prior order, the Pretrial Conference will be held on August 14, 2007
6  at 3:00 p.m. The Trial Date will be held on August 27, 2007 at 9:00 a.m. The parties further agree
7  that counter-part facsimile renditions of signatures are sufficient for entry of this stipulation into
8  the court files.

9  DATED: _____July 3, 2007_____

10

11  _____
    MAXINE M. CHESNEY
    U. S. DISTRICT JUDGE

**Randolph Cregger & Chalfant**

STIPULATION AND ORDER

3