RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive,<br><br>             Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM<br>_____/ | No. C 05 01933 MMC<br><br>**STIPULATION MODIFYING PRETRIAL PREPARATION ORDER; ORDER THEREON** |

COME NOW Defendant/Counter-Defendant UNION PACIFIC RAILROAD COMPANY and Defendant/Counter-Claimant HOWARD REDMOND who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1. The cross-action between HOWARD REDMOND and UNION PACIFIC RAILROAD COMPANY will be tried separately from the underlying action filed by Plaintiff DAVID CHAD GLOW.

2. Trial of the cross-action will take place immediately following final disposition of

---

STIPULATION AND ORDER                                        1

1 | the underlying action, which is scheduled to commence trial on August 27, 2007 at 9:00 a.m.

2 |     3.    The parties further agree that counter-part facsimile renditions of signatures are

3 | sufficient for entry of this stipulation into the court files.

4 |     IT IS SO STIPULATED.

5 | DATED: July 9, 2007                        LAW OFFICES OF JEAN SCHAEFER

7 |                                         By    /s/ JEAN SCHAEFER
8 |                                              JEAN SCHAEFER
                                            Attorney for Defendant/Counter-Claimant

9 | DATED: July 19, 2007                   RANDOLPH CREGGER & CHALFANT LLP

11 |                                          By    /s/ THOMAS A. CREGGER
12 |                                             THOMAS A. CREGGER
                                            Attorneys for Defendant/Counter-
13 | Defendant

## **ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, IT IS HEREBY ORDERED THAT:

    1.    The cross-action between HOWARD REDMOND and UNION PACIFIC RAILROAD COMPANY will be tried separately from Plaintiff DAVID CHAD GLOW's complaint for violation of the FELA.

The Court defers ruling on the timing and manner of the trial on the cross-action pending discussion of those issues at the pretrial conference.

    2.    ~~Trial of the cross-action will take place immediately following final disposition of the underlying action, which is scheduled to commence trial on August 27, 2007 at 9:00 a.m.~~

DATED: July 23, 2007                      _/s/ Maxine M. Chesney_
                                          MAXINE M. CHESNEY
                                          U. S. DISTRICT JUDGE

**Randolph Cregger & Chalfant**

STIPULATION AND ORDER            2