UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID CHAD GLOW,  
        Plaintiff(s),  
   v.  
UNION PACIFIC RAILROAD COMPANY, ET AL.,  
        Defendant(s).  
_____/

No. C-05-1933 MMC (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **August 14, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties who have full and unlimited authority to negotiate and settle the case.

Updated, confidential Settlement Conference Statements shall be LODGED with Chambers, NOT electronically filed, **no later than August 7, 2007**.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's October 23, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: July 31, 2007

                                                                _____  
                                                                JOSEPH C. SPERO  
                                                                United States Magistrate Judge