RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, HOWARD REDMOND, an individual, and Does 1 through 20, inclusive,<br><br>　　　　　Defendants.<br>_____/<br><br>AND RELATED COUNTER-CLAIM<br>_____/ | No. C 05 01933 MMC<br><br>**STIPULATION RE REQUEST FOR ADMINISTRATIVE RELIEF TO SET SUBSEQUENT CASE MANAGEMENT CONFERENCE RE SETTING OF TRIAL DATE [LOCAL RULES 7-11, 16-10(c); STANDING ORDER 6];<br>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE; VACATING PRETRIAL AND TRIAL DATES** |

IT IS HEREBY STIPULATED between the parties through their counsel as follows:

1.　This matter was set for trial to commence on January 14, 2008.  The setting took place during a conference call between the Court and counsel on September 19, 2007.

2.　At the time of the telephone conference, counsel for UNION PACIFIC RAILROAD COMPANY, Thomas A. Cregger, informed the Court and opposing counsel that the January 14 date posed a potential conflict with a trial already scheduled in the Eastern District of California, *Darden, et al. v. County of Sacramento, et al.,* which was set to commence on January 7, 2008, and

---
1
STIPULATION RE REQUEST FOR ADMINISTRATIVE RELIEF TO SET SUBSEQUENT CASE MANAGEMENT CONFERENCE, ETC.

run for approximately 15 court days.  At that time, the Eastern District had not indicated whether or not the trial date was firm.  The Court directed defense counsel to inform the Court and opposing counsel upon learning of the status of the *Darden* trial.

3. On November 30, 2007, counsel for UNION PACIFIC was informed by Judge Morrison England's courtroom deputy that the January 7 trial date was confirmed.  Counsel was further informed that Judge England had no other trials set to commence that day.

4. Based on the above, and the conflict with the January 7, 2008 trial date and the current date set for this matter, the parties request that the Court schedule a subsequent Case Management Conference for the purpose of setting a trial date and that the parties be allowed to appear by telephone.

Dated:  December 4, 2007        RANDOLPH CREGGER & CHALFANT LLP


 /s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

Dated:  December 4, 2007        GANONG & WYATT, LLP


 /s/ Philip W. Ganong
PHILIP W. GANONG
Attorneys for Plaintiff DAVID CHAD GLOW

**Randolph Cregger & Chalfant**

**ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, the Court orders that [a subsequent Case Management Conference be held ~~at~~ on December 14, 2007 at 10:30 a.m. ~~_____, 2007] [the Court will schedule with the parties a subsequent Case Management Conference~~]. At said conference, the issue of a new trial date will be addressed. The parties may appear by telephone. The January 8, 2008 pretrial conference date and January 14, 2008 trial date are hereby VACATED.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 5, 2007

_____
HON. MAXINE M. CHESNEY
U. S. DISTRICT COURT JUDGE

N:\Open\10\2036 Glow\stip re cmc-trial cont.wpd

**Randolph Cregger & Chalfant**

3
STIPULATION RE REQUEST FOR ADMINISTRATIVE RELIEF TO SET SUBSEQUENT CASE MANAGEMENT CONFERENCE, ETC.