IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW, | No. C-05-1933 MMC |
| Plaintiff, | **ORDER VACATING PRETRIAL AND TRIAL DATE; DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY and HOWARD REDMOND, | |
| Defendants. | |

The Court is in receipt of the parties' Joint Pretrial Statement, filed May 12, 2008, in which the parties request that the Court suspend all pending dates in the instant action in anticipation of plaintiff's filing a related action in the Eastern District of California ("Eastern District action"), such filing to be accomplished in the current week. The parties further state therein that the Eastern District action involves a workplace injury, as alleged in the instant action, and to the same part of plaintiff's body as alleged in the instant action. Additionally, the parties report that they will jointly seek to have the instant action consolidated with the Eastern District action.[1]

In light of the parties' representations, their joint request is hereby GRANTED, and,

---

[1] The Court notes that, because the instant action and the Eastern District action will be pending in two different Districts, the appropriate procedure would appear to be a joint motion to transfer.

1  accordingly, the pretrial date of May 27, 2008 and trial date of June 23, 2008 are hereby
2  VACATED.  The parties are hereby DIRECTED to file, no later than June 6, 2008, a Joint
3  Status Statement in which the parties apprise the Court of the status of the Eastern District
4  action.

5      **IT IS SO ORDERED.**

6  Dated: May 14, 2008                        MAXINE M. CHESNEY
                                                      United States District Judge