IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW, | No. C-05-1933 MMC |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO TRANSFER VENUE** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY and HOWARD REDMOND, | |
| Defendants. | |

The Court is in receipt of the parties' Joint Status Statement, filed June 6, 2008, in which the parties request that the Court "consolidate" the instant action with a related action pending in the Eastern District of California ("Eastern District"), and that such "consolidated action" proceed in the Eastern District. (See Joint Status Statement at 2:12-14.) The Court construes said request as a joint motion to transfer the instant action to the Eastern District for the convenience of the parties, pursuant to 28 U.S.C. § 1404(a), in light of overlapping issues regarding plaintiff's alleged injury and damages, and in the interest of judicial economy.

So construed, and good cause appearing for the relief requested, the joint motion is

//

//

//

1 | hereby GRANTED, and the instant action is hereby transferred to the Eastern District.[1]

2 | **IT IS SO ORDERED.**

3 | Dated: June 9, 2008

          MAXINE M. CHESNEY
4 |           United States District Judge

---

[1] To the extent the parties seek the additional relief of consolidation of the two actions, the Court defers to the transferee court with respect to such issue, and, accordingly, denies the parties' request to consolidate, without prejudice to the parties raising the issue, by appropriate motion, in the Eastern District.